**3/24/2015**                                            **COA No. 13-13-00128-CR**
**PARKER, GARY**       **Tr. Ct. No. 12-CR-2371-E(S2)**        **PD-1652-14**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *